**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH AND LYNETTE DAIRY, *et al.*, | No. C-13-1518 EMC |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| CHARLTON BONHAM, Director of the California Department of Fish and Wildlife, in his official capacity, | **(Docket No. 53)** |
| Defendant. | |
| _____/ | |

Plaintiffs moved the Court for leave to file a motion for reconsideration and submitted a substantive memorandum of points and authorities in support. *See* Docket No. 53. Plaintiffs request that the Court reconsider certain rulings contained in its Order on Defendant's Motion to Dismiss. Pursuant to N.D. Cal. Civ. L.R. 7-9(d), the Court hereby grants the motion for reconsideration and orders Defendant to submit additional papers in opposition within two weeks of the date of this Order. After receiving Defendant's opposition papers, the Court will take the matter under submission, unless the Court decides the matter warrants a hearing.

IT IS SO ORDERED.

Dated: August 22, 2013

_____
EDWARD M. CHEN
United States District Judge