Thane W. Tienson *(pro hac vice)*
James S. Crane *(pro hac vice)*
LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Ste. 3500
Portland, OR 97201
Telephone: 503.224.4100
Facsimile: 503.224.4133
Email: ttienson@lbblawyers.com
Email: jcrane@lbblawyers.com

James P. Walsh (CA State Bar No. 184620)
Gwen Fanger (CA State Bar No. 191161)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: budwalsh@dwt.com
gwenfanger@dwt.com

Attorneys for Plaintiffs
RALPH AND LYNETTE DAIRY, JOSEPH AND
PHYLLIS SPEIR, WILLIAM "BILL" CURRIE, and
HOWARD MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH AND LYNETTE DAIRY, JOSEPH AND PHYLLIS SPEIR, F/V BROOKE MICHELLE LLC, fka SABRINA LLC, WILLIAM "BILL" CURRIE, and HOWARD MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLTON BONHAM, Director of the California Department of Fish and Wildlife, in his official capacity,<br><br>Defendant. | Case No. 3:13-cv-01518-EMC-DMR<br><br>[PROPOSED]<br>ORDER CHANGING DATE FOR HEARING ON JOINT LETTER DISCOVERY DISPUTE PURSUANT TO STIPULATION<br><br>[Civil L. R. 6-1(b), 6-2]<br><br>Trial Date: Not Yet Set<br>Action Filed: April 4, 2013 |

///

1

Pursuant to Civ. L. R. 6-1(b) and 6-2, this matter came before the undersigned Honorable Donna M. Ryu of the above-entitled Court upon a stipulation of the parties to change the hearing date set for the joint letter discovery dispute to **March 27, 2014 at 11:00 a.m.**

Having considered the stipulation of the parties, the accompanying documents and representations, and the accompanying Declaration of Thane Tienson, the Court hereby issues the following orders:

1. The hearing date of March 13, 2014 at 11:00 a.m. (Doc. 111) which was originally set for the joint letter discovery dispute is hereby **VACATED**.

2. The hearing for the joint letter (Doc. 107) discovery dispute is hereby re-scheduled for **March 27, 2014 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

**IT IS SO ORDERED.**

Dated: 2/14/2014

DONNA M. RYU
United States Magistrate Judge