UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RALPH AND LYNETTE DAIRY, *et al.*,

        Plaintiffs,

        v.

CHARLTON BONHAM, Director of the California Department of Fish and Wildlife, in his official capacity,

        Defendant.
_____/

No. C-13-1518 EMC

**ORDER RE SUPPLEMENTAL BRIEFING**

The Court orders the parties to provide supplemental briefing to respond to the following questions:

(1) is a 7891 permit required for fisherman who catch crab in the EEZ off California waters but land that catch in Oregon?

(2) is it possible to obtain: (a) total poundage of crab landed in California in 2003-2008, and (b) total poundage of crab caught in California or EEZ waters off California but landed in Oregon in those same years? If so, what documents would contain this information?

Accordingly, the parties shall e-file supplemental briefing in response to this order by 4:00 p.m., Tuesday, March 4, 2014.

IT IS SO ORDERED.

Dated: February 26, 2014

_____
EDWARD M. CHEN
United States District Judge