UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH AND LYNETTE DAIRY, | No. C-13-01518 EMC (DMR) |
| Plaintiff(s), | **ORDER RE PARTIES' REQUEST FOR CLARIFICATION** |
| v. | |
| CHARLTON BONHAM, | |
| Defendant(s). | |

The court has received the parties' February 25, 2014 letter requesting clarification of the court's February 7, 2014 Notice of Reference and Order Setting Hearing regarding the parties' January 31, 2014 joint discovery letter.  [Docket No. 115.]  The court hereby advises the parties that no further briefing is necessary at this time.

IT IS SO ORDERED.

Dated: February 27, 2014

_____
DONNA M. RYU
United States Magistrate Judge